# Notice Recipients

District/Off: 0756−1     User: admin     Date Created: 11/24/2021
Case: 21−05308−JMC−7     Form ID: b309a     Total: 83

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Willie Lee Priester, Jr. | 2641 West 21st Street | Indianapolis, IN 46222 | |
| jdb | Roberta Leigh Priester | 2641 West 21st Street | Indianapolis, IN 46222 | |
| ust | U.S. Trustee | Office of U.S. Trustee | 46 E Ohio Street, Room 520 | Indianapolis, IN 46204 |
| tr | John J. Petr | Office of John J. Petr | 111 Monument Cir Ste 900 | Indianapolis, IN 46204−5125 |
| aty | John Forest Bymaster | BYMASTER BANKRUPTCY LAW OFFICES | 4435 Whitestown Parkway | Lebanon, IN 46052 |
| 16214773 | AT&T | PO Box 5017 | Carol Stream, IL 60197 | |
| 16214767 | Allergy Partners | 3266 North Meridian Street | Indianapolis, IN 46208 | |
| 16214768 | American Family Insurance | 600 American Pkwy | Madison, WI 53783 | |
| 16214769 | Americollect | Bankruptcy Department | P.O. Box 1566 | Manitowoc, WI 54221 |
| 16214770 | Ameripath | P.O. Box 830913 | Birmingham, AL 35283 | |
| 16214771 | Anderson City Utilities | PO Box 2100 | Anderson, IN 46018 | |
| 16214772 | Ascension Medical Group St. Vincent | Att#12812M | P.O Box 14000 | Belfast, ME 04915 |
| 16214774 | Atlas Collections | Docket No. 48E02−0710−CC−002975 | 420 W Washington | Muncie, IN 47308 |
| 16214775 | Bank of America | PO Box 15102 | 48D01−0806−CC−001117 | Wilmington, DE 19886 |
| 16214776 | Blitt & Gaines P.C | 661 Glenn Ave | 48D01−0806−CC−001117 | Wheeling, IL 60090 |
| 16214779 | CKS Prime Investments, LLC | 505 Independence Parkway | Chesapeake, VA 23320 | |
| 16214777 | Capital One | PO Box 6492 | Carol Stream, IL 60197 | |
| 16214778 | Centra | P.O. Box 79940 | Baltimore, MD 21279 | |
| 16214780 | Collections Specialists | Docket No. 48E01−0211−SC−003017 | 922 Meridian Plaza | Anderson, IN 46018 |
| 16214781 | Community Eye Care of Indiana | 1400 N Ritter Ave | Indianapolis, IN 46219 | |
| 16214782 | Community Health | P.O. Box 19202 | Indianapolis, IN 46219 | |
| 16214783 | Community Home Health Inc. | 7150 Clearvista Drive | Indianapolis, IN 46256 | |
| 16214784 | Communtiy Health Network | PO Box 20830 | Indianapolis, IN 46220 | |
| 16214785 | Continental Finance | PO Box 8099 | Newark, DE 19714−8099 | |
| 16214786 | Courtney M. Gaber, Atty. | Docket No. 48D05−0910−SC−003065 | 135 N. Pennsylvania St. | Indianapolis, IN 46204 |
| 16214787 | Credence Resource Management | P.O. Box 2210 | Southgate, MI 48195 | |
| 16214789 | Credit One Bank | P.O. Box 60500 | City of Industry, CA 91716 | |
| 16214788 | Credit One Bank | c/o LVNV Fundding LLC | P.O. Box 10497 | Greenville, SC 29603 |
| 16214790 | Curtco Credit Corp | 2615 Lafayette Road | Indianapolis, IN 46222 | |
| 16214791 | Curtis Auto Sales | 2619 Lafayette Road | Indianapolis, IN 46222 | |
| 16214792 | Direct TV | c/o MRS BPO, LLC | 1930 Olney Avenue | Cherry Hill, NJ 08003 |
| 16214793 | Express Scripts | P.O. Box 66564 | Saint Louis, MO 63166 | |
| 16214794 | Finger Hut | PO Box 166 | Newark, NJ 07101 | |
| 16214795 | First Premier Bank | PO Box 5519 | Sioux Falls, SD 57117 | |
| 16214796 | GLA Collection | Dept #002 PO Box 7728 | Louisville, KY 40257−0728 | |
| 16214797 | GLA Collections | P.O. Box 99199 | Louisville, KY 40269−1199 | |
| 16214801 | IRS | PO Box 7346 | Philadelphia, PA 19101−7346 | |
| 16214802 | IU Health Network | P.O. Box 2191 | Indianapolis, IN 46206 | |
| 16214803 | IU School of Denistry | 1121 W Michigan Street | Indianapolis, IN 46202 | |
| 16214798 | Indiana Department of Revenue | 100 North Senate Avenue | Room N−203, Bankruptcy Section | Indianapolis, IN 46204 |
| 16214799 | Indianapolis Power & Light | P.O. Box 110 | Indianapolis, IN 46206−0110 | |
| 16214800 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 | |
| 16214805 | JWM Neurology | c/o GLA Collection Co. Inc. | 2630 Gleeson Lane | Louisville, KY 40299 |
| 16214804 | Judy Deterer | Docket No. 48E01−0211−SC−002692 | 3244 ALex Pike | Anderson, IN 46012 |
| 16214806 | Kroger Check Recovery | Docket No. 48E01−0304−SC−001303 | PO Box 1161 | Anderson, IN 46015 |
| 16214808 | LVNV FUNDING LLC | Docket No. 49K03−1209−SC−005349 | PO BOX 10497 | Greenville, SC 29603 |
| 16214807 | Lawrence Township Small Claim | Docket No. 49K03−1209−SC−005349 | 4455 McCoy Street | Indianapolis, IN 46226 |
| 16214809 | MACL | PO Box 7306 | Hollister, MO 65673 | |
| 16214810 | Madison Circuit Court 1 | Docket No. 48D05−0910−SC−003065 | 16 East 9th Street #404 | Anderson, IN 46016 |
| 16214811 | Madison Circuit Court 5 | Docket No. 48E02−0710−CC−002975 | 16 East 9th Street #404 | Anderson, IN 46016 |
| 16214812 | Madison Circuit Court 6 | 16 East 9th Street #404 | 48D01−0806−CC−001117 | Anderson, IN 46016 |
| 16214813 | Madison Circuit Court 6 | Docket No. 48D01−0806−CC−001117 | 16 East 9th Street #404 | Anderson, IN 46016 |
| 16214816 | Madison Superior Court | Docket # 48E01−0304−SC−001303 | 16 East 9th Street | Anderson, IN 46016 |
| 16214815 | Madison Superior Court | Docket #48E01−0211−SC−002692 | 16 East 9th Street | Anderson, IN 46016 |

| | | | | |
|---|---|---|---|---|
| 16214814 | Madison Superior Court | Docket #48E01–0211–SC–003017 | 16 East 9th Street | Anderson, IN 46016 |
| 16214817 | Madison Superior Court | Docket #48E01–0310–SC–003992 | 16 East 9th Street | Anderson, IN 46016 |
| 16214818 | Matthew L. Kelsey | Docket No. 48E02–0710–CC–002975 | 400 South Walnut Street | Muncie, IN 47305 |
| 16214819 | Med – 1 Soltions | 517 US Highway 31 North | Greenwood, IN 46142 | |
| 16214820 | Med 1 Solutions | Docket No. 48D05–0910–SC–003065 | 517 US Highway 31 North | Greenwood, IN 46142 |
| 16214821 | Meridian Surgical Group, Inc | 13430 N. Meridian Street Suite 275 | Carmel, IN 46032 | |
| 16214822 | New World Collections | 9000 Keystone Crossing Suite 635 | Indianapolis, IN 46240 | |
| 16214823 | Northside Gastroenterology | c/o Med Sheild, Inc. | PO Box 55707 | Indianapolis, IN 46205 |
| 16214824 | Northwest Radiology | 10603 N. Meridian Street | Indianapolis, IN 46290 | |
| 16214825 | Optum RX | P.O. Box 9040 | Carlsbad, CA 92018 | |
| 16214826 | Pendrick Capital Partners LLC | c/o Pheonix Financial Services | PO Box 361450 | Indianapolis, IN 46236 |
| 16214827 | Performant Recovery, Inc. | PO Box 9045 | Pleasanton, CA 94566 | |
| 16214833 | RMP LLC | P.O. Box 349 | Greensburg, IN 47240 | |
| 16214829 | Radiology of Indiana | 7340 Shadeland Stateion Suite 200 | Indianapolis, IN 46256 | |
| 16214828 | Radiology of Indiana | 7340 Shadeland Suite 200 | Indianapolis, IN 46256 | |
| 16214830 | Ramon Scott Perry, Atty. | PERRY LAW OFFICE, PC | 5532 St. Joe Road | Fort Wayne, IN 46835 |
| 16214831 | Recovery One Inc | Docket No. 48E01–0310–SC–003992 | 5532 St. Joe Road | Fort Wayne, IN 46835 |
| 16214832 | Richard Kurts, M.D. | PO Box 14099 | Belfast, ME 04915 | |
| 16214834 | Sallie Mae/Navient | c/o Navient P.O. Box 9533 | Wilkes Barre, PA 18773 | |
| 16214835 | Santander Bank, N.A | 1 Corporate Drive, Suite 360 | Lake Zurich, IL 60047 | |
| 16214836 | Southwest Credit Systems | 4120 International Parkway | Carrollton, TX 75007 | |
| 16214837 | Sprint | PO Box 4191 | Carol Stream, IL 60197 | |
| 16214838 | St. Vincent Emergency Medical Phys. | PO Box 1022 | Wixom, MI 48393 | |
| 16214839 | St. Vincent Emergency Phyisicians | 6955 Hillsdale Court | Indianapolis, IN 46250 | |
| 16214840 | Stephen John Lerch, Atty. | Docket No. 49K03–1209–SC–005349 | 2700 Stanley Gault Pkway, Ste 130 | Louisville, KY 40223 |
| 16214841 | T Mobile USA | P.O. Box 53410 | Bellevue, WA 98015 | |
| 16214842 | Tillery Famliy Dental | 8570 Northwest Blvd | Indianapolis, IN 46278 | |
| 16214843 | Vectren Energy Delivery | 16222 Allisonville Road | Noblesville, IN 46060 | |
| 16214844 | Verizon | 777 Big Timber Rd | Elgin, IL 60123 | |

TOTAL: 83